**United States Bankruptcy Court**
**Northern District of Ohio**
**Eastern Division at Canton**

| | | |
|---|---|---|
| In re: | * | Case No. 13-60059 |
| | * | |
| Glen Robert Wilson | * | Chapter 13 |
| Carol Louise Wilson | * | |
| | * | Judge Russ Kendig |
| | * | |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SEVER CASE

Now comes the Debtor, Carol Louise Wilson, by and through the undersigned counsel, and moves this Court for an order allowing him to sever this case from Glen Wilson and to allow her, Carol Louise Wilson, receive the new case number.

The reason for this motion is Glen passed away on August 15, 2014 and Carol wishes to convert her case to a chapter 7. (See Attached Death Certificate).

**WHEREFORE,** Debtor, Carol Louise Wilson, requests that this Court allow her to sever the case from Glen Robert Wilson and that she be given a new case number for the purpose of converting her case to chapter 7.

Submitted by:
/s/ John R. Bates
John R. Bates (0060151)
Attorney for Debtor
436 Fair Ave NW
New Philadelphia, OH 44663
Phone: 330-339-0000

Approved by:

*Carol Louise Wilson*
Carol Louise Wilson, Debtor

### NOTICE OF MOTION

1

The Chapter 13 debtor in this case has filed a Motion to Sever.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve this motion, or if you want the Court to consider your views on the motion, then on or before September 2, 2014, you or your attorney must file your objections with the court, at:
    Clerk of Courts, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

    John R. Bates, 436 Fair Ave NW, New Philadelphia, OH 44663

    Toby L. Rosen, Chapter 13 Trustee, 400 W Tuscarawas St 4th Floor, Canton, OH 44702

    Carol Wilson,

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may enter an order approving it.

Date: <u>August 26, 2014</u>             /s/ John R. Bates
                                                       John R. Bates
                                                       Attorney for debtor(s)
                                                       436 Fair Ave NW
                                                       New Philadelphia, OH 44663
                                                       Phone: 330-339-0000

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was electronically transmitted on or about August 26, 2014 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

    Chapter 13 Trustee, Toby L. Rosen .

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

See Mailing Matrix

                                                             /s/ John R. Bates
                                                             John R. Bates, Attorney for Debtor(s)

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 13-60059-rk<br>Northern District of Ohio<br>Canton<br>Tue Aug 26 12:00:50 EDT 2014 | ECAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Apprisen<br>4500 E Broad St<br>Columbus OH 43213-1360 | Aultman Hospital<br>PO Box 80868<br>Canton OH 44708-0868 | Bank of America<br>475 Cross Point Pky<br>Box 9000<br>Getzville NY 14068-1609 |
| Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Cardiovascular Consultants<br>PO Box 80690<br>Canton OH 44708-0690 | Chase Bank One<br>PO Box 15153<br>Wilmington DE 19886-5153 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dover Phila Federal Cr<br>119 Fillmore<br>Dover OH 44622-2061 |
| FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Fidelity Collections<br>220 E Main St<br>Alliance OH 44601-2423 | First National Bank of Dennison<br>105 Grant St<br>Dennison OH 44621-1247 |
| Flagstar Bank<br>5151 Corporate Dr<br>Troy MI 48098-2639 | GEMB/JC Penny<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell GA 30076-9104 | Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>Telephone # 888-298-7785 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kohls<br>PO Box 2983<br>Milwaukee WI 53201-2983 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears/CBNA<br>701 E 60th St N<br>PO Box 6241<br>Sioux Falls SD 57117-6241 |
| Team Recovery<br>3928 Clock Pointe Trail<br>Suite 101<br>Stow OH 44224-6964 | Union Hospital<br>659 Boulevard<br>Dover OH 44622-2077 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 |
| Worlds Foremost Bank<br>4800 NW 1st St STE<br>Lincoln NE 68521-4463 | Carol Louise Wilson<br>875 3rd Street, SE<br>New Philadelphia, OH 44663-2311 | Glen Robert Wilson<br>875 3rd Street, SE<br>New Philadelphia, OH 44663-2311 |