13-60059-rk Doc 36 FILED 08/28/14 ENTERED 08/28/14 09:07:37 Page 1 of 1

Ohio Department of Health
VITAL STATISTICS
CERTIFICATE OF DEATH

Reg. Dist. No. 7901
Primary Reg. Dist. No. 7901
Registrar's No. 7901-2014000205
State File No. 2014070869

1. Decedent's Legal Name: GLEN R WILSON
2. Sex: Male
3. Date of Death: August 15, 2014
4. Social Security Number: (blank)
5a. Age: 74
6. Date of Birth: February 25, 1940
7. Birthplace: MURRAY CITY, OHIO
8a. Residence State: OHIO
8b. County: TUSCARAWAS
8c. City or Town: NEW PHILADELPHIA
8d. Street and Number: 875 Third Street NE
8f. Zipcode: 44663
8g. Inside City Limits: Yes
9. Ever in US Armed Forces? Yes
10. Marital Status at Time of Death: Married
11. Surviving Spouse's Name: CAROL ELLWOOD
12. Decedent's Education: HIGH SCHOOL GRADUATE OR GED
13. Decedent of Hispanic Origin: No
14. Decedent's Race: White
15. Father's Name: JOHN GILL
16. Mother's Name (prior to first marriage): LENA LORETTA WILSON
17. Informant's Name: CAROL WILSON
17b. Relationship to Decedent: Wife
17c. Mailing Address: 875 Third Street SE
18a. Place of Death: Decedent's Home
18b. County of Death: TUSCARAWAS
18c. City or Town: NEW PHILADELPHIA, OH 44663
18d. Facility Name: 875 Third Street NE

19. Signature of Funeral Service Licensee: (signature)
20. License Number: 008760
21. Name and Address of Funeral Facility: LINN-HERT-GEIB FUNERAL HOME INC, 116 2ND ST N E, NEW PHILADELPHIA, OH 44663
22a. Method of Disposition: Cremation
22b. Date of Disposition: August 18, 2014
22c. Place of Disposition: Tuscarawas Valley Crematory, DOVER, OH

23. Registrar's Signature: (signature)
24. Date Filed: Aug 18 2014
25a. Name of Person Issuing Burial Permit: GEIST, SUE
25b. District No.: 7901
25c. Date Burial Permit Issued: Aug 18 2014

26a. Certifier: Certifying Physician
26b. Time of Death: 0250
26c. Date Pronounced Dead: 08-15-14
26d. Was case referred to coroner? No
26e. Signature and Title of Certifier: (signature), Bryan MD
26f. License Number: 35.074821
26g. Date Signed: 8-15-14

27. Name and Address of Person Who Completed Cause of Death: BRYAN, JOSEPH EDMOND, 300 MEDICAL PARK DR, DOVER, OH 44622

28. Part I. Cause of Death:
a. CORONARY ARTERY DISEASE — (approximate interval) unknown

29a. Was An Autopsy Performed? No
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? (blank)

30. Did Tobacco Use Contribute to Death? Yes
31. If Female, Pregnancy Status: Unknown
32. Manner of Death: Natural

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE COPY OF THE ... WITH THE OHIO ...
AU 18 14 08:40:34
SUE GEIST ...
OFFICE ...
WITNESS ...
REV. 6/2009